```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :    13-CR-814-1-1 (JMF)
                                                                        :
MARINO ORTEGA,                                                          :    ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 3, 2021, Defendant filed a motion. *See* ECF No. 89. Although styled a "motion for compassionate release," it actually seeks the appointment of counsel for purposes of making a motion for compassionate release.

The Court grants that request and, in the interests of justice, appoints the Federal Defenders of New York (which previously represented Defendant in connection with a motion for relief under 28 U.S.C. § 2255) to pursue compassionate release (or any similar relief) on Defendant's behalf. Counsel shall promptly contact Defendant and, no later than **May 17, 2021**, file a letter advising whether counsel intends to file a motion on Defendant's behalf and, if so, proposing a briefing schedule. (In any motion, counsel should address whether the Defendant has received a COVID-19 vaccine and, if not, whether or when he would be eligible to do so.)

The Clerk of Court is directed to terminate ECF No. 89 and to mail a copy of this Order to Defendant at the following address:

> Marino Ortega
> Reg. No. 44365-054
> USP Hazelton
> P.O. Box 2000
> Bruceton Mills, WV  26525

SO ORDERED.

Dated: April 28, 2021
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge