**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 21, 2021

**By ECF and Email**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">Application GRANTED. The Clerk of Court is directed to terminate Doc. #91. SO ORDERED.

May 21, 2021</span>

Re: *US v. Ortega*, 13 Cr. 814 (JMF)

Honorable Judge Furman:

I write in response to the Court's order appointing the Federal Defenders of New York to represent Mr. Ortega in connection with his Compassionate Release request. We have reached out to Mr. Ortega at USP Hazelton about pursuing relief on his behalf. We propose the following briefing schedule: Defense submission due June 18, Government response due July 2, Defense reply due July 9. The Government consents to this schedule.

We thank you for your time and attention to this matter.

Respectfully submitted,

/s/

Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York, Inc.
(212) 417-8732

CC: Mr. Marino Ortega, Register No. 44365-054
AUSA Negar Tekeei