**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 16, 2021

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *United States v. Marino Ortega*, 13 Cr. 814 (JMF)

Honorable Judge Furman:

With the consent of the Government, I write to respectfully request an extension of the schedule for filing a motion for compassionate release. The parties have obtained Mr. Ortega's medical records from the Bureau of Prisons. Because of their complexity, the Defense retained an expert to review and synthesize them for inclusion in the briefing. That review is underway but not yet complete. Accordingly, I respectfully request the Defense's motion be due on Friday, August 13, 2021 and the Government's response be due on Friday, August 27, 2021.

Thank you for considering this request.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood
Assistant Federal Defender
212.417.8734

cc: Negar Takeei, AUSA (*by ECF*)

*Upon reflection, the Court concludes that there is no need to give counsel a deadline to file any motion for compassionate release. Accordingly, the deadline is vacated altogether. Unless and until the Court orders otherwise, if or when a motion for compassionate release is filed, the Government shall file any opposition within two weeks of the motion and the Defendant shall file any reply within one week of the opposition. In light of the foregoing, the motion for an extension is denied as moot. The Clerk of Court is directed to terminate ECF No. 96.*

SO ORDERED.

[signature]

July 16, 2021